UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRANTHI KIRAN PANDIRI and ANUSHA MUTHYAMPETA, | Case No. 2:25-cv-02571-JHC |
| Plaintiffs, | STIPULATED MOTION TO STAY CASE IN ABEYANCE AND ORDER |
| v. | Noted for Consideration: |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); JOSEPH B. EDLOW, the Director, USCIS; and KRISTI NOEM, the Secretary, U.S. Department of Homeland Security, | January 29, 2026 |
| Defendants. | |

For good cause, Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until April 2, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their EB-5 visa applications. Defendant's answer to the Complaint is due February 16, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS needs additional time to continue processing the applications. Allowing USCIS additional time to complete this processing may narrow the issues. Accordingly, the parties request that the Court hold the case in abeyance until April 2, 2026. The parties will submit a status update on or before April 2, 2026.

DATED this 29th day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

<table>
<tr><td>*s/ Matt Waldrop*</td><td>*s/ Kranthi Kiran Pandiri*</td></tr>
<tr><td>MATT WALDROP, GA No. 349571</td><td>KRANTHI KIRAN PANDIRI, *Pro Se*</td></tr>
<tr><td>Assistant United States Attorney</td><td>9540 180th Avenue NE, Unit 102</td></tr>
<tr><td>United States Attorney's Office</td><td>Redmond, Washington 98052</td></tr>
<tr><td>Western District of Washington</td><td>Phone: 346-401-3191</td></tr>
<tr><td>700 Stewart Street, Suite 5220</td><td>Email: kranthikiran399@gmail.com</td></tr>
<tr><td>Seattle, Washington 98101-1271</td><td></td></tr>
<tr><td>Phone: 206-553-7970</td><td>*Plaintiff*</td></tr>
<tr><td>Fax: 206-553-4067</td><td></td></tr>
<tr><td>Email: james.waldrop@usdoj.gov</td><td></td></tr>
</table>

*Attorneys for Defendants*

I certify that this memorandum contains 200 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO STAY CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-02571-JHC] - 2

## ORDER

The case is held in abeyance until April 2, 2026.  The parties shall submit a status update on or before April 2, 2026.  It is so **ORDERED**.

DATED this 2nd day of February, 2026.

_____
JOHN H. CHUN
United States District Judge