UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRANTHI KIRAN PANDIRI, *et al.*, | Case No. 2:25-cv-02571-JHC |
| Plaintiffs, | STIPULATED MOTION TO STAY |
| v. | MOTION TO DISMISS AND HOLD |
| | CASE IN ABEYANCE AND ORDER |
| UNITED STATES CITIZENSHIP AND | |
| IMMIGRATION SERVICES (USCIS), *et al.*, | Noted for Consideration: |
| | April 15, 2026 |
| Defendants. | |

For good cause, Plaintiffs and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until July 17, 2026. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their EB-5 visa applications. Defendant's Reply in Support of its Motion to Dismiss is due May 7, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO STAY MOTION TO DISMISS AND
HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-02571-JHC] - 1

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Here, Both the Plaintiffs and Defendant mutually request for the 90-day stay to narrow the issues currently before the Court as raised in Defendant's Motion to Dismiss. Accordingly, the parties request that the Court hold the case in abeyance until July 17, 2026.  The parties further request that, should this matter not resolve prior to July 17, 2026, Defendant be permitted to file its reply to the pending Motion to Dismiss on that same date.

DATED this 15th day of April, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  james.waldrop@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 229 words, in compliance with the Local Civil Rules.*

*s/ Kranthi Kiran Pandiri*
KRANTHI KIRAN PANDIRI, *Pro Se*
9540 180th Avenue NE, Unit 102
Redmond, Washington 98052
Phone:  346-401-3191
Email:  kranthikiran399@gmail.com

*Plaintiff*

STIPULATED MOTION TO STAY MOTION TO DISMISS AND
HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-02571-JHC] - 2

## ORDER

The case is held in abeyance, and Defendant's Motion to Dismiss is stayed until July 17, 2026.  It is so ORDERED.


DATED this 15th day of April, 2026.


_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO STAY MOTION TO DISMISS AND
HOLD CASE IN ABEYANCE AND ORDER
[Case No. 2:25-cv-02571-JHC] - 3